PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Carlos Arzapalo | ) | Case No. 05-CR-467-B |

*[Stamp: 2006 FEB 13 AM 10:30 U.S. PROBATION OFFICE GRAND JUNCTION, CO]*

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Carlos Arzapalo, have discussed with Sherrie Blake, Probation Officer, modification of my release as follows:

Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervision officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   12-23-05   _____   12-23-05
Signature of Defendant       Date       Probation Officer          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   2/8/06
Signature of Defense Counsel   Date

_____   3/22/06
Signature of Assistant U.S. Attorney   Date

[✓]  The above modification of conditions of release is ordered, to be effective on
     3/30/06.

[ ]  The above modification of conditions of release is not ordered.

_____   3/30/06
Signature of Judicial Officer   Date